IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL L. WALLACE,

    Plaintiff,

V.

    CASE NO. C2-09-104
    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE NORAH MCCANN KING

THE HUNTINGTON BANK,

    Defendant.

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

_2-17-2009_
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE